Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-337-644

**Effective Date of Registration:**
January 19, 2023
**Registration Decision Date:**
March 07, 2023

---

## Title

**Title of Work:** Panda Hammock Green

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** May 15, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-332-372

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title
_____

**Title of Work:** Panda Swing

## Completion/Publication
_____

**Year of Completion:** 2011
**Date of 1st Publication:** May 15, 2011
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions
_____

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-337-650

**Effective Date of Registration:**
January 19, 2023
**Registration Decision Date:**
March 07, 2023

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Dreamy Night

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2018
**Date of 1st Publication:** August 18, 2018
**Nation of 1st Publication:** United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** David Denholm

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-337-670

**Effective Date of Registration:**
January 19, 2023
**Registration Decision Date:**
March 07, 2023

## Title

**Title of Work:** Cherry Blossom Panda

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** May 20, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-333-002**

**Effective Date of Registration:**
January 04, 2023
**Registration Decision Date:**
January 12, 2023

---

## Title

**Title of Work:** Cup Kitty-Ladybug

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** May 15, 2011
**Nation of 1st Publication:** United States

## Author

● **Author:** Kayomi Harai
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2

Kayomi



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-332-838
**Effective Date of Registration:**
January 04, 2023
**Registration Decision Date:**
January 11, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Cherry Tree Lookout |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 18, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kayomi Harai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kayomi Harai |
| | 1667 Wyndham Drive, San Jose, CA, 95124, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-000

**Effective Date of Registration:**
January 04, 2023
**Registration Decision Date:**
January 12, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Cup Kitty-Angel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | May 15, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kayomi Harai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kayomi Harai |
| | 1667 Wyndham Drive, San Jose, CA, 95124, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-332-326

**Effective Date of Registration:**
December 28, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title _____

**Title of Work:** Lotus Fairy

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** June 06, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions _____

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification _____

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-332-731**

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 10, 2023

## Title

**Title of Work:** Owls in Green Forest

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 19, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-332-662

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 10, 2023

---

## Title

**Title of Work:** Spring Basket

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** September 30, 1995
**Nation of 1st Publication:** United States

## Author

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-332-516

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Throwing a Kiss |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 12, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kayomi Harai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kayomi Harai |
| | 1667 Wyndham Drive, San Jose, CA, 95124, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-332-507

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title

**Title of Work:** Baby Panda

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 20, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Kayomi Harai
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kayomi Harai
1667 Wyndham Drive, San Jose, CA, 95124, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2

